Eleanor M. Hussey v. Laura R. Fitch.— Application denied, with ten dollars costs. Order signed. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Application of John D. Johnson and Robert E. Moloney, Respondents, for the Issuance of Subpœnas and Subpœnas Duces Tecum in an Action Pending in the Circuit Court of the City of St. Louis, Missouri, Entitled "The State of Missouri at the Relation of Robert W. Stewart, George W. Mayer and Charles M. Adams, v. John D. Johnson and Robert E. Moloney, Respondents." Samuel G. Bayne, Appellant. — Order affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ.

George W. Cobb, Respondent, v. Rudolph H. Kissel, Individually, and Rudolph H. Kissel and Lucius H. Beers, as Trustees of the Estate of David P. Morgan, Deceased, and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Max Cohen, Respondent, v. Alcourt Realty Company and Others, Impleaded with Simon Herzig & Sons, Appellant.— Judgment and order affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Senner & Kaplan Company, Appellant, v. Louis K. Fisher and Leon M. Swawite, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Solomon H. Loorge, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Frederick Bauer and Joseph Tischer, Appellants, v. Henry Morgenthau Company, Respondent. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James McGowan, Appellant, v. New York Contracting Company—Pennsylvania Terminal, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (McLaughlin and Scott, JJ., dissented.)

The People of the State of New York, Respondent, v. Edgar R. Jackson, Appellant.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Philip Friedman, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Philip Farber, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles L. Greenhall v. Harry Hurwitz and Another.— Application denied, with ten dollars costs. Order signed. Present— Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.